IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH E. ESPINOSA,

    Petitioner,

v.                                  CASE NO. 5:11-cv-00397-MP-CJK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 4, 2014. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Petitioner may not use 28 U.S.C. § 2241 to challenge the validity of his conviction and sentence.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (Doc.10) is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this  _3rd_ day of April, 2014

                                                *s/Maurice M. Paul*
                                         Maurice M. Paul, Senior District Judge